# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-14-00069-CV

### In the Interest of B.E.T., a Child

### (No. 2013-422 IN 402ND JUDICIAL DISTRICT COURT OF WOOD COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | EXEMPT | DEPT OF FAMILY & PROTECTIVE SERVICES |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| MOTION FEE | $10.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| REPORTER'S RECORD | $0.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| CLERK'S RECORD | $0.00 | INDIGENT | TROY HORNSBY, APPT ATTY |
| FILING | $195.00 | INDIGENT | TROY HORNSBY, APPT ATTY |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this April 23, 2015.

**DEBRA AUTREY, CLERK**

By _____
                              Deputy